AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

THOMAS KENNETH BOWEN, III,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 5:24-cv-92

SHERIFF RAMSEY BENNETT, CLIFFORD MOSELY, and JOHNNIE MALONE,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated September 15, 2026, the Court grants Defendants' Motion to Dismiss and dismisses without prejudice Plaintiff's Complaint based on his failure to exhaust available administrative remedies. Additionally, the Court denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: ______________________
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

September 15, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*